UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
NASIRI, INC.,

                       Plaintiff,

     - against -

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                      Defendant.
---------------------------------------------------------x

**RESCHEDULING ORDER**

24 Civ. 3683 (ER)

The telephonic initial conference, presently scheduled for December 13, 2024, is hereby **rescheduled for December 17, 2024, at 12:00 p.m.** The Court's dial-in information has since changed, and the parties are instructed to call (855) 244-8681 and enter access code 2301 087 7354# when prompted. The parties are further instructed to join the call five minutes before the scheduled start time.

     SO ORDERED.

Dated:  New York, New York
          December 12, 2024

                                                              Edgardo Ramos, U.S.D.J.